# LUCAS | BAGNELL | VARGA LLC
### ATTORNEYS AT LAW

2425 POST ROAD, SUITE 200 | SOUTHPORT, CT 06890

PHONE: (203) 227-8400
FAX: (203) 227-8402

WWW.LBV-LAW.COM

October 29, 2014

Clerk of the Court
United States Court of Appeals
  For the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    ***Re:***    ***Steiner v. Lewmar, Inc.***
             ***Docket #: 14-3817***

Dear Sir/Madam:

    Plaintiff-appellants Donald J. Steiner and Dax Labs, LLC respectfully request that they be allowed to and including January 14, 2015 by which to file their appellate brief.

                                   Respectfully submitted,

                                   Jeffrey S. Bagnell

JSB:bkf
cc:    Stephen Ball, Esq. (via CM/ECF)